# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 11, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134206

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GERACER RAPHAEL TAYLOR,
      Defendant-Appellant.

SC: 134206
COA: 265778
Macomb CC: 2004-003893-FC

_____/

      On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we VACATE our order of November 27, 2007. The application for leave to appeal the April 5, 2007 judgment of the Court of Appeals is DENIED, because we are no longer persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 11, 2008

Clerk

t0708